549

licitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson, and Wm. H. Riley, Jr., for respondent.

No. 833. JACKSON IRON & STEEL Co. v. COMMISSIONER OF INTERNAL REVENUE. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. Richard S. Doyle and Charles D. Hamel for petitioner. Solicitor General Thacher, Assistant Attorney General Youngquist, and Messrs. Whitney North Seymour, Sewall Key, Andrew D. Sharpe, and Wm. H. Riley, Jr., for respondent.

No. 834. WELLS, TRUSTEE IN BANKRUPTCY, v. SIEGEL. April 25, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Albert A. Jones for petitioner. Mr. Milton Koblitz for respondent.

No. 840. SOVEREIGN CAMP, WOODMEN OF THE WORLD v. NEFF. April 25, 1932. Petition for writ of certiorari to the Kansas City Court of Appeals, of Missouri, denied. Messrs. John T. Harding and David A. Murphy for petitioner. Mr. John G. Parkinson for respondent.

No. 873. MISSOURI-KANSAS-TEXAS R. Co. v. TSCHREPPEL. April 25, 1932. Petition for writ of certiorari to the Supreme Court of Kansas denied. Messrs. Joseph M. Bryson, C. S. Burg, W. W. Brown, and Douglas Hudson

**550**

for petitioner. *Mr. John A. Hall* for respondent. ██

No. 837. GODFREY *v.* GODFREY, EXECUTOR. See same case, *ante,* p. 529.

No. 883. UNITED STATES EX REL MORAN *v.* HILL, WARDEN. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and the motion for leave to proceed further *in forma pauperis,* denied. *Mr. Eugene McCaffrey* for petitioner. No appearance for respondent.

No. 835. CAPITAL NATIONAL BANK *v.* BOARD OF SUPERVISORS OF HINDS COUNTY; and
No. 836. SAME *v.* CITY OF JACKSON.
May 2, 1932. The petitions for writs of certiorari in these cases are severally denied, upon the ground that the judgments sought here to be reviewed are joint and the records fail to disclose summons and severance. *Hartford Accident & Indemnity Co.* v. *Bunn,* 285 U. S. 169; § 237 (b), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). *Mr. R. H. Thompson* for petitioner. *Messrs. Wm. H. Watkins* and *P. H. Eager, Jr.,* for respondents.

No. 798. BURNSTEIN ET AL. *v.* UNITED STATES. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Otto Christensen* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Martin A. Morrison, Paul D. Miller,* and *W. Marvin Smith* for the United States.